**INDEX OF EXHIBITS**

| Exhibit No. | Document | Description |
|---|---|---|
| **Exhibit 1** | FCC FOIA Request (FCC-FOIA-2026-000770) | FOIA request filed with the Federal Communications Commission seeking records of foreign landing locations, CLS licensing history, and capacity holder filings for Chinese submarine cable operators, including China Unicom |
| **Exhibit 2** | FCC Acknowledgement Letter (07/21/2026) | Official acknowledgement from the FCC FOIA Office confirming receipt of FOIA Request FCC-FOIA-2026-000770 and assigning control number |
| **Exhibit 3** | FCC Section 43.82 Circuit Capacity Data Report (2023) – Table 1 | Official FCC report listing **China United Network Communications Group Company Limited (China Unicom)** as a Submarine Cable Capacity Holder on U.S.-international submarine cables |
| **Exhibit 4** | FCC Section 43.82 Circuit Capacity Data Report (2023) – Appendix B (Definitions) | FCC definitions establishing that "United States" includes Guam and other territories, and that "Capacity Holders" are subject to FCC jurisdiction |
| **Exhibit 5** | FCC Section 43.82 Circuit Capacity Data Report (2023) – Attachment A | FCC report showing PPC-1 cable landing points, confirming the cable connects to Guam (U.S. territory) |
| **Exhibit 6** | China Unicom Global Network Map | China Unicom's own published map showing its Global Point of Presence (PoP) at **2 Tai Seng Avenue, Singapore** and its submarine cable network connecting to FCC-licensed cables |
| **Exhibit 7** | Equinix Data Center Specifications – SG4 (2 Tai Seng Avenue, Singapore) | Equinix's own published specifications confirming its data center operations at 2 Tai Seng Avenue, Singapore |



# Federal Communications Commission
## Washington, D.C. 20554

**07/21/2026**

Acknowledgement of FOIA Request

Dear **Sajjad**,

This acknowledges receipt of your Freedom of Information Act (FOIA) request filed with the Federal Communications Commission (FCC). Your request has been assigned FOIA Control Number **FCC-FOIA-2026-000770**. Agencies are allowed 20 working days to respond to your request, extending this period for an additional 10 working days under certain circumstances. See 5 U.S.C. § 552(a)(6)(A)(i) and 5 U.S.C. § 552(a)(6)(B)(i). If additional time is needed to respond to your request, you will be notified.

If you have any questions concerning this notice, please email at FOIA-Public-Liaison@fcc.gov.

FCC FOIA Office

NewRequest FCC-FOIA-2026-000770



You have received document(s) for Request:
FCC-FOIA-2026-000770

## "FOIA REQUEST ? FCC (Section 43.62 Submarine Cable"

Documents are attached to this email.

## Request Details

| Title | FCC-FOIA-2026-000770 - **FOIA REQUEST ? FCC (Section 43.62 Submarine Cable Filings & CLS Licensing Records)** **Title** Request for Foreign Landing Locations and CLS License History for Chinese Cable Operators/Capacity Holders **Description** This FOIA request concerns records held by the FCC International Bureau relating to **Section 43.62 Submarine Cable Operator and Capacity Holder filings**, and **Cable Landing Station (CLS) licensing/authorization records**. I request the FCC to provide **existing records** identifying: **1. All foreign landing? point countries** associated with **Chinese submarine cable operators or capacity holders**, excluding: - United States - China - Hong Kong **2. The earliest year (? first granted year?)** in which each CLS license or landing authorization was issued for those foreign landing points. **3. Any subsequent changes** to those CLS licenses or landing authorizations, including: - additions of landing points - reductions - cancellations - revocations - modifications - renewals - transfers of control - amendments This request applies to all Chinese entities appearing in FCC Section 43.62 filings, including but not limited to: - **China Telecom (Americas) Corporation** - **China Telecommunications Corporation** - **China United Network Communications Group Company Limited (China Unicom)** - **China Mobile International** - **Any other PRC?controlled operator or capacity holder listed in FCC filings** **Tables Provided for Clarity** To avoid ambiguity, I am attaching the relevant FCC tables exactly as published in the report titled: **?2016 Circuit Capacity Data for U.S.-International Submarine Cables?** Specifically: - **Table 1** ? Section 43.62 Circuit Capacity Filers - **Table 5** ? Submarine Cable Capacity Holder Reports - **Attachment A** ? Landing Points by Cable - |

**Attachment B** ? Landing Points by Country - **Attachment C** ? Landing Points by Frequency Please complete these tables by adding the following columns: 1. **? Foreign Landing Point Country (excluding USA, China, Hong Kong)?** 2. **?Year First Granted (CLS License or Landing Authorization)?** 3. **?Subsequent Changes (Additions, Reductions, Cancellations, Modifications)?** **Records Requested** This request seeks **existing FCC records only**, including: - CLS license grant dates - CLS license modification/cancellation records - Landing authorization records - Section 43.62 filings identifying foreign landing points - International Bureau cable landing station construction permits - Any amendments, renewals, or revocations related to foreign landing points No analysis or creation of new records is requested. --- **Date Range for Record Search** From: **Earliest year available in FCC records** To: **Most recent year available (e.g., 2024 or later)** (This ensures FCC provides the true ?first granted year,? without assuming a starting date.) --- **Fee Waiver Request Reason** I request a fee waiver because the disclosure of this information is **in the public interest**. The requested records concern: - international telecommunications infrastructure, - foreign landing?point jurisdictions, - CLS licensing history, - and operator nationality classifications. These are matters of **public regulatory significance**, not commercial interest. I am not seeking the information for commercial use, and the disclosure will contribute to public understanding of FCC?regulated international cable systems and foreign landing authorizations. --- **Amount Willing to Pay** If the fee waiver is denied, I am willing to pay up to: **$25**

| | | | |
|---|---|---|---|
| **Type** | New Request | **Queue** | Intake |
| **Created** | 07/21/2026 19:48 PM America/New_York | **Received** | 07/21/2026 19:48 PM America/New_York |
| **Assignee** | | **Owning Group** | OFFICERS@FCC.GOV |
| **Due** | 08/19/2026 17:00 PM America/New_York | **Priority** | Medium |
| **Modified** | 07/21/2026 19:48 PM America/New_York | **Modified By** | |

This is an automated email notification sent from ArkCase.

**2023 Circuit Capacity Data For U.S.-International Submarine Cables**

Table        1  **Section 43.82 Circuit Capacity Filers (2023)** – Entities that filed a cable operator and/or capacity holder report.

Table        2  **Number of Reports Filed By Submarine Cable Operators (2023)**

Table        3  **Submarine Cable Operator Reports (in Gbps) (2023/2025)** – Available and planned capacity for each U.S.-international submarine cable, with regional totals.

Table        4  **Submarine Cable Operator Capacity Trend Data (in Gbps)** – Detailed capacity trend data for each U.S.-international submarine cable.

Table        5  **Submarine Cable Capacity Holder Reports by Region (2023)** – Capacity holder data (i.e., cable capacity leased or owned by all filing entities) on a regional basis.

Table        6  **Comparison of Capacities Reported from Cable Operator Reports and Capacity Holder Reports (2023)** – Comparison of total available capacity reported in the cable operator reports with total owned capacity in the capacity holder reports, on a regional basis.

**Attachment A** U.S.-International Submarine Cables – Landing Points by Region, Cable, and Foreign Landing Point as of December 31, 2023

**Attachment B** U.S.-International Submarine Cables – Landing Points by Region, Foreign Landing Point, and Cable as of December 31, 2023

**Attachment C** U.S.-International Submarine Cables – Landing Points by Number of Landing Points Per Country and Region and a Frequency Table Summarizing Foreign Landing Points Per Country as of December 31, 2023

**Source:**        Office of International Affairs, Federal Communications Commission

For definitions of terms and instructions on filing procedures, please refer to the
Filing Manual (Feb. 2020)
For further information on current and past reports, see
https://www.fcc.gov/circuit-capacity-data-us-international-submarine-cables

**Table 1**
**Section 43.82 Circuit Capacity Filers (2023)**

| No. | Entities | Submarine Cable Operator Reports | Submarine Cable Capacity Holder Reports |
|---|---|---|---|
| 1 | AARNet Pty Ltd | | ✓ |
| 2 | ALGAR TELECOM S/A | | ✓ |
| 3 | AMCS LLC | | ✓ |
| 4 | American Samoa Hawaii Cable, LLC | ✓ | ✓ |
| 5 | American Samoa Telecommunications Authority | | ✓ |
| 6 | ANGOLA CABLES | | ✓ |
| 7 | Antel | | ✓ |
| 8 | Antelecom N.V. | | ✓ |
| 9 | Antilles Crossing-St. Croix, Inc. | ✓ | ✓ |
| 10 | Aqua Comms (Americas) Inc | ✓ | ✓ |
| 11 | ARCOS-1 USA, Inc. | ✓ | ✓ |
| 12 | Arelion U.S. Inc. | | ✓ |
| 13 | AT&T Corp. | ✓ | ✓ |
| 14 | Atlantic Teleconnection Operating Company Limited | | ✓ |
| 15 | Australia-Japan Cable (Guam) Limited | ✓ | ✓ |
| 16 | Bharti Airtel (USA) Ltd. | | ✓ |
| 17 | Bharti Airtel Limited | | ✓ |
| 18 | BT Americas Inc. | | ✓ |
| 19 | Cable and Wireless (BVI) Limited | | ✓ |
| 20 | Cable and Wireless Americas Systems Inc. | ✓ | ✓ |
| 21 | Cable Andino, Inc. | | ✓ |
| 22 | Caribbean Crossings Ltd. | ✓ | ✓ |
| 23 | Cedar Cable Ltd. | ✓ | ✓ |
| 24 | CenturyLink Communications, LLC | | ✓ |
| 25 | China Mobile International Limited | | ✓ |
| 26 | China Telecom Global Limited | | ✓ |
| 27 | China Telecommunications Corporation | | ✓ |
| 28 | China United Network Communications Group Company Limited | | ✓ |
| 29 | Chunghwa Telecom Co., Ltd. | | ✓ |
| 30 | Cirion Technologies Solutions, LLC | ✓ | ✓ |
| 31 | City of Ketchikan | ✓ | ✓ |
| 32 | Claro S.A. (Embratel) | | ✓ |
| 33 | COGENT COMMUNICATIONS HOLDINGS INC | ✓ | ✓ |
| 34 | COLT Telecommunications | ✓ | ✓ |
| 35 | Columbus Networks USA, Inc. | ✓ | ✓ |
| 36 | Crosslake Fiber USA LP | ✓ | ✓ |
| 37 | Crown Castle Fiber LLC | | ✓ |
| 38 | CWC New Cayman Limited | ✓ | ✓ |
| 39 | Deutsche Telekom North America, Inc. | | ✓ |

| No. | Entities | Submarine Cable Operator Reports | Submarine Cable Capacity Holder Reports |
|---|---|:---:|:---:|
| 40 | DOCOMO PACIFIC, INC. | | ✓ |
| 41 | Edge Cable Holdings USA, LLC | ✓ | ✓ |
| 42 | EXA Infrastructure US LLC | ✓ | ✓ |
| 43 | FLAG Telecom Limited | ✓ | ✓ |
| 44 | France Telecom Long Distance USA, LLC d/b/a Orange Carriers USA | | ✓ |
| 45 | Global Caribbean Network | ✓ | ✓ |
| 46 | Global Transit 2 Limited | | ✓ |
| 47 | Global Transit Limited | | ✓ |
| 48 | GlobeNet Cabos Submarinos America, Inc. | ✓ | ✓ |
| 49 | GTI Corporation | | ✓ |
| 50 | GU Holdings Inc. | ✓ | ✓ |
| 51 | Hannon Armstrong KCS Funding, LLC | | ✓ |
| 52 | Hawaiian Telcom Services Company, Inc. | ✓ | |
| 53 | Hawaiki Submarine Cable USA LLC | ✓ | ✓ |
| 54 | HUB Advanced Networks, LLC | | ✓ |
| 55 | KDDI America, Inc. | | ✓ |
| 56 | KT Corporation | | ✓ |
| 57 | Latam Telecommunications, L.L.C. | ✓ | ✓ |
| 58 | Ledcor Industries (USA) Inc. | ✓ | |
| 59 | Level 3 Communications, LLC | | ✓ |
| 60 | Marine Cable Corporation | | ✓ |
| 61 | Megaport (USA), Inc. | | ✓ |
| 62 | Microsoft Infrastructure Group, LLC | | ✓ |
| 63 | Microsoft Operations Pte Ltd | ✓ | ✓ |
| 64 | National Telecom Public Company Limited | | ✓ |
| 65 | Network i2i Limited | | ✓ |
| 66 | Neutral Networks USA LLC | ✓ | ✓ |
| 67 | NTT America, Inc. | | ✓ |
| 68 | NTT Ltd Japan Corporation | ✓ | ✓ |
| 69 | ONATI Honotua Division (U.S.) | ✓ | ✓ |
| 70 | Optibulk Havfrue AS | | ✓ |
| 71 | Orange Business Services U.S., Inc. | | ✓ |
| 72 | Pacific Carriage Limited Inc. | ✓ | ✓ |
| 73 | PC Landing Corp. | ✓ | ✓ |
| 74 | PCCW Global, Inc. | | ✓ |
| 75 | PLDT Inc. | | ✓ |
| 76 | PPC 1 Limited | ✓ | ✓ |
| 77 | PT Telekomunikasi Indonesia International | | ✓ |
| 78 | PTI Pacifica Inc. | | ✓ |
| 79 | Puerto Rico Telephone Company, Inc. | | ✓ |
| 80 | Reach Services USA | | ✓ |
| 81 | Rogers Telecom (US) Inc. | | ✓ |

Control Number 3060-1156

## FILING MANUAL FOR SECTION 43.82 CIRCUIT CAPACITY REPORTS

**International Bureau**
**February 2020**

## TABLE OF CONTENTS

Heading                                                                      Paragraph #

I.   FILING REQUIREMENTS ...........................................................................................1
   A.  Who Must File a Circuit Capacity Report?.........................................................3
   B.  Filing Requirements for Merged Entities ...........................................................4
   C.  Affiliated Corporations Must File by Legal Entity.............................................5
   D.  Filing Date – Due by March 31 of Each Year ....................................................9
   E.  Compliance ........................................................................................................10
   F.  Revisions............................................................................................................12
   G.  Reporting Period ................................................................................................13
   H.  Rounding of Numbers and Negative Numbers..................................................14
   I.  Estimation ..........................................................................................................16
   J.  Record Keeping .................................................................................................17
   K.  Filing Format .....................................................................................................18
   L.  The Registration Form .......................................................................................19
      1.  Basic Information about the Filing and Filing Entity...................................20
      2.  Certification of Accuracy and Completeness of Reports .............................21
      3.  Confidential Treatment of Filed Information ...............................................25
II.  ANNUAL CIRCUIT CAPACITY REPORT.................................................................27
   A.  Cable Operator Report .......................................................................................28
   B.  Capacity Holder Report .....................................................................................32
   C.  Circuit Capacity Reporting Examples

APPENDIX A: Section 43.82 Rules
APPENDIX B: Definitions
APPENDIX C: Sample Registration Form
APPENDIX D: Sample Circuit Capacity Report

# APPENDIX A: Section 43.82 Rules

**§ 43.82   Circuit Capacity Reports.**

(a) *International Submarine Cable Capacity.* Not later than March 31 of each year:

(1)   The licensee(s) of a submarine cable between the United States and any foreign point shall file a report showing the capacity of the submarine cable as of December 31 of the preceding calendar year. The licensee(s) shall also file a report showing the planned capacity of the submarine cable (the intended capacity of the submarine cable two years from December 31 of the preceding calendar year).

(2)   Each cable landing licensee and common carrier shall file a report showing its capacity on submarine cables between the United States and any foreign point as of December 31 of the preceding calendar year.

Note to Paragraph (a):  United States is defined in Section 3 of the Communications Act of 1934, as amended, 47 U.S.C. 153.

(b)  A Registration Form, containing information about the filer, such as address, phone number, email address, etc., shall be filed with each report.  The Registration Form shall include a certification enabling the filer to check a box to indicate that the filer requests that its circuit capacity data be treated as confidential consistent with Section 0.459(a)(4) of the Commission's rules.

(c)  Filing Manual. Authority is delegated to the Chief of the International Bureau to prepare instructions and reporting requirements for the filing of these reports prepared and published as a Filing Manual.  The information required under this Section shall be filed electronically in conformance with the instructions and reporting requirements in the Filing Manual.

## APPENDIX B: Definitions

**Capacity Holder** refers to a cable landing licensee or common carrier that holds capacity on the U.S. end of an international submarine cable as of December 31 of the reporting period.  A holding of capacity is an interest in the U.S. end of an international submarine cable through cable ownership, an indefeasible right of use (IRU), or an inter-carrier lease (ICL).

**Circuit** refers to a path for electromagnetic transmission of information between two or more points, including transmission by submarine or terrestrial cable, satellite, wire, or radio. In addition to a dedicated channel, a service guarantee for electromagnetic transmission of information between two or more points at an agreed-upon data speed is considered a circuit for reporting International Private Line Service under section 43.82 of the Commission's rules.

**Common Carrier** refers to a person or entity in the United States that provides telecommunications services (i.e., telecommunications on a common carrier basis) in the United States or between the United States and a foreign point or holds a U.S. section 214 license to do so. A U.S. Common Carrier does not refer to the nationality of the employees or owners of a communications entity.  An affiliate of a U.S. Common Carrier that operates in a foreign point as a common carrier is a Foreign Carrier.

**Filing Entity** refers to a person or entity that is required to file information with the FCC pursuant to section 43.82 of the Commission's rules.

**Foreign Point** refers to a foreign country or other geographic location outside the United States.

**Indefeasible Right of Use (IRU)** refers to an arrangement in which the holder has made an upfront payment for the full length of the lease, such as 5, 10, 20 years, or the remaining useful life of the asset.

**Inter-Carrier Lease** (**ICL**), for section 43.82 reporting purposes, refers to a lease of bare capacity between one entity and another.

**United States** refers to the several States and Territories, the District of Columbia, and the possessions of the United States, but does not include the Canal Zone.  47 U.S.C. § 153.



