## INDEX OF EXHIBITS  B

| Exhibit | Description | Purpose |
| --- | --- | --- |
| A | Photographs, maps, and address records of 2 Tai Seng Avenue, Singapore | Confirms the physical location of the data center where Plaintiff was trafficked and forced to perform manual labor |
| B | Documents showing China Unicom's operational presence at 2 Tai Seng Avenue, Singapore | Establishes China Unicom's ownership or association with the facility |
| C | Documents showing the interconnected network at 2 Tai Seng Avenue, including Equinix and SoftBank (BBIX) | Demonstrates the coordinated infrastructure used to evade U.S. sanctions |
| D | Documents showing Equinix's ownership of 639 Gardeners Road, Sydney, Australia | Establishes the originating location of the trafficking scheme |
| E | FCC Order 22-9 and Commissioner Starks' statement | Proves the FCC revoked China Unicom's telecom license but admitted it lacked jurisdiction over data centers |
| F | Congressional letter dated March 3, 2025 | Demonstrates the coordinated political and regulatory smokescreen |
| G | OFAC NS-CMIC List designation for China Unicom | Establishes that the property is subject to U.S. sanctions jurisdiction |



# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List                    Sanctions List Search: Rules for use                    Visit The OFAC Website

Download the Consolidated Non-SDN List                                                            Program Code Key

**Details:**

| | | | |
|---|---|---|---|
| **Type:** | Entity | **List:** | Non-SDN |
| **Entity Name:** | CHINA UNICOM (HONG KONG) LIMITED | **Program:** | CMIC-EO13959 |
| | | **Remarks:** | (Linked To: CHINA UNITED NETWORK COMMUNICATIONS GROUP CO., LTD.) |

**Identifications:**

| Type | ID# | Country | Issue Date | Expire Date |
|---|---|---|---|---|
| Equity Ticker | CHU US | | | |
| Equity Ticker | 762 HK | | | |
| Equity Ticker | XCIA DE | | | |
| Equity Ticker | K3ID SG | | | |
| Equity Ticker | XCI DE | | | |
| Issuer Name | China Unicom (Hong Kong) Limited | | | |
| ISIN | US16945R1041 | | | |
| ISIN | HK0000049939 | | | |
| Target Type | Public Company | | | |
| Effective Date (CMIC) | 02 Aug 2021 | | | |
| Purchase/Sales For Divestment Date (CMIC) | 03 Jun 2022 | | | |
| Listing Date (CMIC) | 03 Jun 2021 | | | |

**Aliases:**

| Type | Category | Name |
|---|---|---|
| f.k.a. | strong | CHINA UNICOM LIMITED |

**Addresses:**

| Address | City | State/Province | Postal Code | Country |
|---|---|---|---|---|
| 75th Floor, The Center, 99 Queen's Road Central | Hong Kong | | | China |

[Back]

SDN List last updated on: 7/15/2026 11:01:45 AM
Non-SDN List last updated on: 1/8/2026 10:05:51 AM

**Before the
Federal Communications Commission
Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| China Unicom (Americas) Operations Limited | ) | GN Docket No. 20-110; |
| | ) | ITC-214-20020728-00361; |
| | ) | ITC-214-20020724-00427 |
| | ) | |
| | ) | |
| | ) | |

**ORDER ON REVOCATION**

**Adopted:  January 27, 2022**                    **Released:  February 2, 2022**

By the Commission:  Chairwoman Rosenworcel and Commissioners Carr and Starks issuing separate statements.

**TABLE OF CONTENTS**

Heading                                                                                                                        Paragraph #

I.   INTRODUCTION .................................................................................................................................. 1
II.  BACKGROUND .................................................................................................................................. 3
III. DISCUSSION ..................................................................................................................................... 20
    A.  Standard of Review .................................................................................................................... 21
        1.  Commission Authority ........................................................................................................ 21
        2.  Applicable Standard of Proof .............................................................................................. 25
        3.  Public Interest Standard ...................................................................................................... 27
        4.  CUA Had Sufficient Notice and Several Opportunities to Be Heard ................................. 29
    B.  Revocation of Section 214 Authority ......................................................................................... 49
        1.  The Chinese Government Indirectly Owns and Controls CUA ........................................... 50
        2.  CUA's Retention of Section 214 Authority Presents National Security and Law
            Enforcement Risks ........................................................................................................... 74
        3.  CUA's Past Representations to the Commission and Congress Support Revocation of
            its Section 214 Authority ............................................................................................... 111
    C.  Mitigation Would Not Address National Security and Law Enforcement Concerns ................. 124
    D.  Transition Period ...................................................................................................................... 130
IV. ORDERING CLAUSES ..................................................................................................................... 135

**I.    INTRODUCTION**

        1.      In this Order on Revocation (Order), we revoke China Unicom (Americas) Operations Limited's (CUA) domestic and international authority, pursuant to section 214 of the Communications Act of 1934, as amended (Act).[1]  Based on our public interest analysis under section 214 of the Act and

---

[1] 47 U.S.C. § 214; *China Unicom (Americas) Corporation*, GN Docket No. 20-110, File Nos. ITC-214-20020728-00361, ITC-214-20020724-00427, Order to Show Cause, 35 FCC Rcd 3721 (IB, WCB, EB 2020) (*Order to Show Cause*); *China Unicom (Americas) Corporation*, GN Docket No. 20-110, File Nos. ITC-214-20020728-00361, ITC-214-20020724-00427, Order Instituting Proceeding on Revocation, 36 FCC Rcd 6319 (2021) (*Institution Order*);

(continued….)

**STATEMENT OF**
**COMMISSIONER GEOFFREY STARKS**

Re:    *China Unicom (Americas) Operations Limited*, GN Docket No. 20-110, ITC-214-20020728-00361; ITC-214-20020724-00427

From the basic convenience of wireless calling to the promise of the metaverse, advanced communications and information service technologies are transforming every aspect of our lives.  5G and other advanced broadband technologies are shifting into a new gear, and the race for 6G is already well underway.

But one byproduct of universal, always-on connectivity is the potential vulnerability it creates.  As our networks connect with others around the world, we will inevitably encounter bad actors.  We must remain on guard against any efforts to intercept, tamper with, or block our communications.

Today's decision is the latest in a series of FCC actions against such threats, and I fully support it.  As our order states, the evidence clearly establishes that China Unicom Americas is subject to the exploitation, influence, and control of the Chinese government.  As such, the company is highly likely to be forced to comply with Chinese government requests – including the disclosure of communications by American citizens – without sufficient legal protections and independent judicial oversight.  Moreover, the company's actions during this investigation, including its failure to provide accurate and truthful information to the Commission, further demonstrate that China Unicom Americas simply cannot be trusted to provide telecommunications service in the United States.  Our decision to revoke the company's authority to provide such service makes us more secure.

But there is more work to do.  For example, data centers have become critical parts of the American communications and technologies sectors and are instrumental to new use cases like edge computing.  As I've noted previously, however, even after loss of their section 214 authority, companies like China Unicom Americas can continue to offer data center services to American customers.  The Department of Homeland Security has warned that these data centers leave their customers vulnerable to data theft for one of the same reasons underlying our decision today – these companies are legally required to secretly share data with the Chinese government or other entities upon request, even if that request is illegal under U.S. law.  While the FCC currently lacks jurisdiction to address this potential national security threat, we should work with the Administration and Congress to examine whether the Commission needs broader authority to tackle this and other network security threats.

Thank you to the staff of the International Bureau for their work on this item.

**Exclusive news, data and analytics for financial market professionals**     LSEG

# FCC revokes China Unicom's authorization to operate in U.S.

By **David Shepardson** and **Diane Bartz**

January 28, 2022 10:19 AM GMT+11 · Updated January 28, 2022



China Unicom's company logo is seen at its branch office in Beijing, China, April 21, 2016.REUTERS/Kim Kyung-Hoon/File Photo GLOBAL BUSINESS WEEK AHEAD PACKAGE SEARCH BUSINESS WEEK AHEAD 17 OCT FOR ALL IMAGES Purchase Licensing Rights

WASHINGTON, Jan 27 (Reuters) - The U.S. Federal Communications Commission (FCC) on Thursday voted to revoke the authorization for China Unicom's (0762.HK) U.S. unit to operate in the United States, citing national security concerns.

The 4-0 vote to revoke the authority that had been granted in 2002 is the latest move by the American regulator to bar Chinese telecommunications carriers from the United States because of national security concerns.

> The Reuters Inside Track newsletter is your essential guide during the World Cup. Sign up here.

The order requires China Unicom Americas to end domestic interstate and international telecommunications services in the United States within 60 days of the order's publication.

The Chinese Embassy did not immediately respond to requests for comments.

A lawyer for the company released a statement from China Unicom that said the FCC decision was "without any justifiable grounds and without affording the required due process. It added that China Unicom "will proactively protect the rights and interests of the company and its customers."

The FCC said China Unicom Americas is ultimately owned and controlled by the Chinese government and provides mobile virtual network operator services and international private leased circuit and Ethernet private line services along with IP transit, cloud and resold services in the United States.

FCC Chairwoman Jessica Rosenworcel said since the approval "the national security landscape has shifted and there has been mounting evidence - and with it, a growing concern - that Chinese state-owned carriers pose a real threat to the security of our telecommunications networks."

Feedback

The FCC said China Unicom's "responses were incomplete, misleading, or incorrect."

Rosenworcel noted that last year the FCC published the first-ever list of communications equipment and services that pose an unacceptable risk to national security. This month, she wrote to the Commerce Department, the FBI, the Office of the Director of National Intelligence, and other agencies in order to update that list.

FCC Commissioner Geoffrey Starks said China Unicom "can continue to offer data center services to American consumers" despite the revocation.

He said the FCC and Congress should examine this issue and determine whether the commission needed broader authority to address security concerns posed by the centers.

The FCC began making efforts in March to revoke the authorization for China Unicom, Pacific Networks and its wholly owned subsidiary ComNet.

In October, the FCC revoked the U.S. authorization for China Telecom (Americas), saying it "is subject to exploitation, influence and control by the Chinese government." The Chinese failed to win an appeal of the decision.

In 2019, the FCC rejected China Mobile Ltd's (0941.HK) ⬀ bid to provide U.S. telecommunications services, citing national security risks.

Reporting by David Shepardson and Diane Bartz; Editing by Edmund Blair, Mark Porter, Jonathan Oatis and Bernard Orr

Our Standards: **The Thomson Reuters Trust Principles.** ⬀

Suggested Topics: ( **Media & Telecom** )

**Purchase Licensing Rights**



**Diane Bartz**
Thomson Reuters

  

Focused on U.S. antitrust as well as corporate regulation and legislation, with experience involving covering war in Bosnia, elections in Mexico and Nicaragua, as well as stories from Brazil, Chile, Cuba, El Salvador, Nigeria and Peru.

## Read Next

〈　〉



Media & Telecom
**EXCLUSIVE**
**Lionsgate Studios attracts takeover interest from Bollore, Banijay, sources say**



World
**Writers Guild sues to block Paramount deal, saying it would hurt writers**



World
**UK's Reform calls for 'full security' for lawmakers after politician's murder**



Business
**Buffett says his children are ready to distribute his fortune, calls Bill Gates' Epstein ties 'distasteful'**



Technology
**Apple Intelligence AI service registered with Chinese cyberspace regulator**

Feedback

 INTERNET ARCHIVE https://www.rackscentral.com/news/conquering-consistency-how-to-make-exercise-a-habit-you-love  Go  AUG  JAN  FEB

WayBackMachine  2 captures  14

15 Aug 2025 – 14 Jan 2026  2025 2026 2027  About this capture

# Rackscentral wins prestigious "Unicom Global Partner Award" at China Unicom International Partners Meeting 2022

June 28, 2024

   

In a remarkable achievement, Racks Central has been honored with the "Best Innovative Solutions Partner Award" under the Cloud and Data Center category at the esteemed China Unicom International Partners Meeting 2022. This accolade, part of the Unicom Global Partner Awards, is a testament to Racks Central's dedication to innovation and excellence in the ever-evolving cloud and data center landscape.

Held in 2022, the China Unicom International Partners Meeting brought together industry leaders, innovators, and global partners to discuss advancements and foster collaboration in telecommunications, cloud computing, and data infrastructure. The award ceremony was one of the event's highlights, recognizing exceptional contributions from partners across various domains.

Racks Central's receipt of this award underscores its commitment to delivering cutting-edge solutions tailored to meet the dynamic needs of businesses. By leveraging state-of-the-art technologies and a customer-centric approach, the company has set new benchmarks in the cloud and data center industry.

"This award is a significant milestone for Racks Central," said Bobby Wee, CEO Racks Central. "Being recognized by a global telecommunications leader like China Unicom is a testament to our team's relentless pursuit of innovation and excellence. It also motivates us to continue pushing boundaries in providing transformative solutions for our clients."

China Unicom, a global telecommunications giant, has consistently emphasized the importance of innovation and strategic partnerships in driving growth and meeting the demands of the digital era. Through the Unicom Global Partner Awards, the company celebrates outstanding contributions from its partners who help shape the future of technology and connectivity.

As a trusted partner of China Unicom, Racks Central's achievements reflect a shared vision for a connected and technologically advanced future. The "Best Innovative Solutions Partner Award" acknowledges not just the solutions delivered but the collaborative spirit and forward-thinking approach that define the partnership.

Moving forward, Racks Central is poised to build on this success, continuing to innovate and expand its portfolio of cloud and data center services. The company remains committed to empowering businesses with scalable, secure, and efficient solutions, solidifying its reputation as a leader in the global tech ecosystem.

### About Racks Central

Racks Central is a leading provider of cloud and data center solutions, offering a comprehensive range of services designed to support businesses in their digital transformation journeys. With a focus on innovation, reliability, and customer satisfaction, Racks Central is dedicated to enabling businesses to achieve their goals in a rapidly evolving digital landscape.

### About China Unicom

China Unicom is a globally renowned telecommunications operator, providing integrated information and communications services. The company is committed to driving innovation and excellence, fostering global partnerships, and leading the charge in the digital transformation of industries worldwide.



← Previous

Racks Central Expands Data Center Capacity with Landmark Acquisition in Iskandar Halal Park, Johor



Next →

Rackscentral's Commitment to a Climate-Neutral Future

2025 Racks Central Pte Ltd. All Rights Reserved.

JOHN MOOLENAAR, MICHIGAN
CHAIRMAN
ROB WITTMAN, VIRGINIA
ANDY BARR, KENTUCKY
DAN NEWHOUSE, WASHINGTON
DARIN LAHOOD, ILLINOIS
NEAL DUNN, FLORIDA
DUSTY JOHNSON, SOUTH DAKOTA
ASHLEY HINSON, IOWA
CARLOS GIMENEZ, FLORIDA
GUS BILIRAKIS, FLORIDA
YOUNG KIM, CALIFORNIA
NATHANIEL MORAN, TEXAS
ZACH NUNN, IOWA

RAJA KRISHNAMOORTHI, ILLINOIS
RANKING MEMBER
KATHY CASTOR, FLORIDA
ANDRÉ CARSON, INDIANA
SETH MOULTON, MASSACHUSETTS
RO KHANNA, CALIFORNIA
MIKIE SHERRILL, NEW JERSEY
HALEY STEVENS, MICHIGAN
RITCHIE TORRES, NEW YORK
SHONTEL BROWN, OHIO
GREG STANTON, ARIZONA
JILL TOKUDA, HAWAII



**Congress of the United States**
**House of Representatives**

**SELECT COMMITTEE ON THE CHINESE COMMUNIST PARTY**

March 3rd , 2025

He Biao
China Mobile International Limited
21680 Gateway Center Dr Suite 268
Diamond Bar, CA

Dear Mr. Biao,

We write to address serious and ongoing national security concerns regarding China Mobile's potential activities in the United States, which pose a risk to the security and privacy of Americans' communications and networks.

In 2019, the Federal Communications Commission (FCC) denied China Mobile's U.S. Section 214 license because the company threatened the privacy and security of Americans' communications and U.S. national security due to the company's role as a State Owned Enterprise (SOE).[1] The FCC stated "the Chinese government's policy of intertwining Chinese state-owned enterprise resources with intellectual property theft and economic espionage, along with the Chinese government's ongoing intelligence activities targeting the United States, presents too great of a risk in light of the fact that 'China Mobile Communications Company— and by extension, its subsidiary [China Mobile USA]—as a prominent Chinese SOE cannot be expected to act against the interest of the Chinese government on any sensitive manner.'"[2] Information made available to the Committee has also revealed network activity, which may be indicative of industrial control system targeting and scanning from China Mobile's systems.[3] Just two months ago, the Biden Administration issued a notice finding that China Mobile's residual operations in the United States continue to pose a national security threat.[4]

---

[1] China Mobile Int'l (USA) Inc., Memorandum Opinion and Order, FCC 19-38,(May 10, 2019), https://docs.fcc.gov/public/attachments/FCC-19-38A1.pdf.
[2] *Id.*
[3] ICS Network Activity Report: Feb. 17–23, 2025 (Feb. 2025) (confidential report) (on file with the Committee).
[4] David E. Sanger, Biden Administration Takes First Step to Retaliate Against China Over Hack, New York Times (Dec. 16, 2024), https://www.nytimes.com/2024/12/16/us/politics/biden-administration-retaliation-china-hack.html ; Alexandra Alper, Exclusive: US Probing China Telecom, China Mobile over Internet, Cloud Risks, Reuters (June 25, 2024), https://www.reuters.com/business/media-telecom/us-probing-china-telecom-china-mobile-over-internet-cloud-risks-2024-06-25/.

Mr. He Biao
March XX, 2025
Page 2 of xx

The Committee has received information indicating that China Mobile may continue to maintain network Points of Presence (PoPs), data center access, and cloud-related offerings in the United States, potentially through subsidiaries or affiliates. Under the PRC's National Intelligence Law, Chinese state-owned enterprises and other purportedly private businesses can be compelled to assist with intelligence activities.[5] China Mobile's ongoing U.S. operations—particularly in internet backbone exchanges and cloud computing environments—could therefore allow unauthorized data access, espionage, or sabotage by the Chinese Communist Party (CCP).

China Mobile's documented connections to PRC intelligence raise urgent national security questions in light of the Chinese government's increasingly aggressive attacks on U.S. telecommunications networks. PRC-linked Salt Typhoon, described by a former Chairman of the Senate Select Committee on Intelligence as "the worst telecom hack in our nation's history" compromised sensitive data of millions of Americans.[6] Volt Typhoon, tied to China's Ministry of State Security, is waging what the FBI calls China's "most significant cyber-espionage campaign in history," infiltrating U.S. critical infrastructure and telecommunications equipment and inserting malware that could cause physical harm to Americans.[7]

China Mobile also appears to play a significant role in facilitating cyber-enabled espionage and data exfiltration for CCP-linked global cyber operations. Reporting indicates that China Mobile, along with China Unicom and China Telecom, has signed formal agreements with cybercriminal actors that enable access to sensitive data.[8] These arrangements suggest an active role by China Mobile and its affiliates in fostering illicit relationships with cyber threat actors. Such collaborations allow criminal entities to trade stolen data more efficiently, shield their activities from detection, and continue cyber-enabled operations against international targets, including U.S. businesses and government entities.

Reports indicate that China Mobile's network infrastructure has been leveraged by PRC-affiliated cybercriminals to facilitate large-scale data theft, often involving critical personal, corporate, and government data.[9] The illegal data trade network, estimated to be worth over 150 billion yuan, continues to thrive due to the ease with which threat actors exploit international communication channels.[10] In some cases, compromised software development kits (SDKs), which are integrated into widely used applications, serve as persistent access points for continued

[5] Rogier Creemers, Graham Webster & Paul Triolo, Translation: *Cybersecurity Law of the People's Republic of China (Effective June 1, 2017),* DigiChina (June 29, 2018), https://digichina.stanford.edu/work/translation-cybersecurity-law-of-the-peoples-republic-of-china-effective-june-1-2017/.
[6] Mike Brest, *Senate Intel chairman call Chinese hack 'worst' in 'nation's history'"*, Washington Examiner (Nov. 22, 2024), https://www.washingtonexaminer.com/policy/defense/3238943/senate-intel-chairman-chinese-hack-worst-nation-history/.
[7] Andy Greenberg, "*China's Salt Typhoon Spies Are Still Hacking Telecoms—Now by Exploiting Cisco Routers,*" Wired (Feb. 13, 2025), https://www.wired.com/story/chinas-salt-typhoon-spies-are-still-hacking-telecoms-now-by-exploiting-cisco-routers/.
[8] Kyla Cardona & Ashley Allocca, *"Pantsless Data": Decoding Chinese Cybercrime TTPs*, SpyCloud (Feb. 26, 2024), https://spycloud.com/blog/growing-chinese-threat-actor-ecosystem/.
[9] *Id.*
[10] *Id.*

Mr. He Biao
March XX, 2025
Page 3 of xx

data extraction.[11] The infrastructure provided by China Mobile has been observed in facilitating these operations, enabling PRC cyber actors to disguise their activities and obfuscate attribution.[12]

We therefore write today to request detailed information about China Mobile's continued operations in the United States to assess the risks such activities pose to American national security. Specifically, we request that you provide the following information by March 31st , 2025:

1) Documents and records that provide a complete and comprehensive record of all of China Mobile's physical or virtual infrastructure and related offerings in the United Sates.

   a) Please produce documents and records that provide a comprehensive and detailed explanation of the PoPs, data center facilities, partnerships, and other physical or virtual infrastructure that China Mobile and its subsidiaries and affiliates operate within the United States.

2) All documents, records, agreements, contracts, or similar materials between China Mobile or one of its subsidiaries or affiliates to provide internet, cloud connectivity, or enterprise services to customers in the United States.

   a) These documents and records should include all contracts, agreements, or similar materials related to direct connect services with major U.S. cloud providers.

3) All documents, records, and communications related to any internal or external investigations, audits, or incident reports conducted in the past three years regarding inadvertent or intentional rerouting of U.S. internet traffic through Chinese networks or unauthorized data access at China Mobile or one of its subsidiaries or affiliates.

4) All documents, records, and communications related to your company's compliance with the FCC revocation order and any other relevant instructions from U.S. agencies, including timelines and correspondence.

5) All documents, records, and communications related to all protocols your company has in place to prevent unauthorized access, interception, or manipulation of data traversing your U.S. networks, including any cloud computing services operated by China Mobile. Explain any steps taken to ensure U.S. customer data is stored and protected in compliance with American laws.

6) **PRC government contracts:**

---

[11] *Id.*
[12] *Id.*

Mr. He Biao
March XX, 2025
Page 4 of xx

a) Does your company or its parent or any affiliate or subsidiary of your company or its parent have any current contracts with the PRC government? If so, please produce a copy of all such agreements.

b) Has your company or its parent or any affiliate or subsidiary of your company or its parent had any contracts with the PRC government over the last five years? If so, please produce a copy of all such agreements.

c) Has your company entered into any research agreements with any entity that is subject to the direction or control of the PRC government or one of its organs? If so, please produce documents and information sufficient to provide detailed information about such research agreements.

d) Has the PRC government —through a contractual mechanism, regulatory requirement, or formal or informal request, or any other means— ever requested that you or your parent or a subsidiary or affiliate of your company or your parent company modify the products or services provided by your company, its parent, or a subsidiary or affiliate of your company or its parent? Please produce documents and information sufficient to explain the modification requested and the reason for such modification.

e) Has your company or its parent or an affiliate or subsidiary of your company or its parent received any PRC government or CCP awards, honors, or subsidies of any kind? Please produce documentation of the award, honor, or subsidy and records verifying the total amount received and conditions of receipt, if any.

7) **Collaboration with PRC military, intelligence authorities or blacklisted entities:**

a) Please describe with specificity any engagement, partnership, research or contractual relationship, or other relationship between your company (parent/subsidiary/affiliate) and any of the following. For each relationship, produce documents or information sufficient to identify the key officials with whom your company (parent/subsidiary/affiliate) engaged. Please also produce all documents describing such engagement, research, or contractual or other formal relationship.

  i) The People's Liberation Army and any of its components or subordinate entities;

  ii) The Ministry of National Defense and any component or subordinate entities;

  iii) The Central Military Commission and any component or subordinate entities;

  iv) The Ministry of State Security and any component or subordinate entities; or

  v) The Ministry of Public Security and any component or subordinate entities.

b) Please list all meetings that your company (or parent/subsidiary/affiliate) has had with officials from any of the above-listed entities in the past five years, including the names and titles of all relevant participants.

Mr. He Biao
March XX, 2025
Page 5 of xx

c) Does your company (or parent/subsidiary/affiliate) have any contractual relationships—including customer agreements, supplier or sub-tier supplier agreements, or research collaborations—with any PRC entities listed on a U.S. government blacklist, including Section 1260H of the 2021 National Defense Authorization Act (NDAA), Bureau of Industry and Security (BIS) Entity List, Uyghur Forced Labor Prevention Act (UFLPA) Entity List, Commerce Department's Military End User List, Executive Order 14059, Specially Designated Nationals and Blocked Persons (SDN) List, Non-SDN Chinese Military-Industrial Complex (NS-CMIC) Companies List, etc.? If so, please produce all such agreements.

d) Has your company (or parent/subsidiary/affiliate) collaborated with any PRC entities on defense or intelligence-related research? If so, please describe the nature of that collaboration and produce all relevant documentation establishing or governing that relationship.

e) Has your company (or parent/subsidiary/affiliate) purchased any products from U.S. companies that require an export license? If so, please produce all relevant documentation related to such purchases, including licensing information and information related to the end use of such products.

f) Has your company participated in any programs, partnerships, collaborations, or other initiatives associated with China's Military-Civil Fusion strategy? If so, please produce all documents related to such participation and the names of the individuals and organizations with whom that participation occurred.

g) Has your company participated in any programs, partnerships, collaborations, or other initiatives associated with China's Belt and Road Initiative? If so, please produce all documents related to such participation and the names of the individuals and organizations with whom that participation occurred.

8) **Chinese Communist Party links:**

a) Please produce a list of all employees of China Mobile International Limited, the company's parents, and affiliates who are members of the CCP.

b) Please produce a list of all individuals on your company (or its parent/subsidiary/affiliates) internal CCP committee. Please identify the leadership of the committee including names and titles.

c) Do any of your employees who are CCP members hold a position in any CCP party organizing body at the national, state, or local level? Please identify the relevant individuals, their positions at your company (parents/subsidiary/affiliate), and their role in the relevant Party entity.

Mr. He Biao
March XX, 2025
Page 6 of xx

d) Please describe with specificity all engagements your company (or parent/subsidiary/affiliate etc.) has had with the CCP and its representative bodies. Please produce a list of all meetings with CCP national or regional officials within the last five years. Please include the nature of the engagement, topic(s) discussed or addressed, the names of the corporate representatives and CCP officials who attended the relevant engagement, and their respective titles.

The House Select Committee on the Strategic Competition Between the United States and the Chinese Communist Party has broad authority to investigate and submit policy recommendations on countering the economic, technological, security, and ideological threats of the Chinese Communist Party to the United States and allies and partners of the United States under H. Res. 5 Sec. 4(a).

We appreciate your prompt attention to this matter and your full cooperation by March 31st 2025. Should you have any questions or wish to discuss this request, please contact the Committee majority and minority staff at (202) 226-9678 and (202) 225-2489, respectively.

Sincerely,

John Moolenaar
Chairman

Raja Krishnamoorthi
Ranking Member

Home · Data Centers · Asia-Pacific · Singapore · Singapore Data Centers · SG4

**DATA CENTERS**

# Singapore SG4

Singapore SG4 colocation and data centre is the ideal choice for deploying colocation on the east side of Singapore and provides seamlessly connect to the richest ecosystems in network, cloud, financial and payment, enterprise and peering exchanges.

Tech specs | Book a tour →

**Address**
7 Tai Seng Drive
Singapore, 535216
Singapore

**USEFUL LINKS**
Contact support
Speak to sales

SG4

© Mapbox © OpenStreetMap Improve this map

| Space | Power | Advanced Cooling | Reliability |
|---|---|---|---|
| Accelerate time-to-market with our vast, global data center footprint delivering scalable capacity that evolves with your business needs. | Safeguard operations and prevent outages with enterprise-grade uninterruptible power supply (UPS) systems and built-in redundancy. | Support AI and high-density workloads with next-gen cooling solutions that boost performance and efficiency while prioritizing sustainability. | Mitigate risk with resilient infrastructure, robust disaster recovery and an industry-leading uptime track record of 99.9999%+ globally. |
| **90,847** | **2N** | **N+1** | **99.9999%+** |
| Square feet (ft²) | Power redundancy | Cooling redundancy | Global Guaranteed Uptime |

## Certified to global standards

Our data centers meet rigorous global benchmarks for energy efficiency and environmental responsibility.

View all certifications

| | | |
|---|---|---|
| ⊘ Green Mark | ⊘ ISO 14001 | ⊘ ISO 22301 |
| ⊘ ISO 27001 | ⊘ ISO 50001 | ⊘ ISO 9001 |
| ⊘ OSPAR | ⊘ PCI DSS | ⊘ SOC 1 Type II |
| ⊘ SOC 2 Type II | ⊘ SS 564 | ⊘ TVRA |

## Singapore SG4 specifications

Print tech specs

| Building | Facilities | Sustainability | Products |
|---|---|---|---|

**Data Centers**
- Secure Cabinet Express
- Private Cage
- Equinix Flex Space
- Smart Hands®
- Equinix Smart Build

**Interconnection**
- Equinix Internet Exchange
- Equinix Internet Access
- Metro Connect
- Cross Connects

**Digital Services**
- Equinix Fabric
  - Fabric Cloud Router
  - Equinix Precision Time
- Network Edge

## Nearby Data Centers

Discover other Data Center locations in or near Singapore SG4.

Why colocate in Singapore?

| SG1 | SG2 | SG3 | SG5 |
|---|---|---|---|
| Learn more about the security, power and cooling options provided by Equinix Singapore SG1 Data Center located at 20... | Learn more about the security, power and cooling options provided by Equinix Singapore SG2 Data Center located at 15... | Learn about Equinix SG3 Internet Exchange located at 26A Ayer Rajah Crescent. See our interconnection options, certif... | Deploy in Equinix's interconnected Singapore SG5 data centers located at 6 Sunview Drive, Singapore 627488, to the ta... |

# Ever wondered how Equinix connects the world?

Equinix powers innovation with interconnection at scale through the world's largest data center network. Our global presence across six continents enables seamless, scalable connectivity.

Book a tour → | Contact sales



| COMPANY | PRODUCTS | PARTNERS |
|---|---|---|
| About | Connectivity | Partner login |
| Careers | Colocation | Reseller directory |
| Leadership | Managed Services | Authorized distributors |
| Newsroom | | Technology service distributors |
| Sustainability | | |
| Local Engagement | | |
| Equinix Foundation | | |
| Investor Relations | | |

© 2026 Equinix Inc.

Legal   Privacy   Preferences   Binding corporate rules   Patents   Gender pay report (UK)   Modern slavery act   Cookie Preferences

