UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAJJAD NASIR,
Plaintiff,

v.

EQUINIX, INC. et al.,
Defendants.

CASE NO. 2:26-cv-02685-TL

ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On July 29, 2026, Plaintiff Sajjad Nasir filed an application to proceed in this District without prepaying fees or costs (Dkt. No. 1), as well as a proposed complaint (Dkt. No. 1-1). On July 30, 2026, the clerk issued a notice of filing deficiency, notifying Plaintiff that he submitted the incorrect application for proceeding in forma pauperis ("IFP"). Dkt. No. 3 (Notice of Deficiency). In the Notice of Deficiency, the clerk provided Plaintiff with the correct IFP form and notified Plaintiff that he must return the form by August 31, 2026. *Id*. Plaintiff was also cautioned that failure to correct the deficiencies "may affect the status of your case, including dismissal of the action by the Court." *Id.*

In order to proceed with a lawsuit in this Court, Local Civil Rule ("LCR") 3 requires a petitioner to either pay the filing fee or file a petition to proceed IFP. *See* LCR 3(b), (c). At the time of this Order, Plaintiff has neither paid the filing fee nor filed the correct application to proceed IFP.

Accordingly, the Court ORDERS as follows:

(1) Plaintiff must SHOW CAUSE by **September 30, 2026**, why this matter should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff may respond to this portion of the Court's Order by either filing the appropriate form and information needed to proceed in forma pauperis or paying the filing fee.

**(2) If Plaintiff fails to comply with this Order by September 30, 2026, this case will be closed.**

Dated this 1st day of September, 2026.

Tana Lin
United States District Judge